```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :   19cv7113 (DLC)
SHALICIA ANDERSON,                   :
                         Plaintiff,  :   SCHEDULING ORDER
             -v-                     :
                                     :
CITY OF NEW YORK, individually and in:
their official capacities, MALCOLM   :
LIU, LA-RONDA KNOX, ANWAR BASHIRU,   :
ALBERT OTERO and JOHN OR JANE DOE 1- :
10,                                  :
                         Defendants. :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

As set forth at the conference held on December 6, 2019, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The plaintiff shall provide complete and accurate medical release forms -- specifically, the first two pages of Exhibit B to Local Civil Rule 83.10 -- for William F. Ryan (two providers), Bellevue Hospital, and Community Health Physical Therapy to the defendants by **December 13, 2019**.

2. The plaintiff shall file a letter on ECF indicating that the above-described release forms have been provided by **December 13, 2019**.

3. The defendants shall answer the complaint by **December 13, 2019**.

4.  The initial pretrial conference remains scheduled for **June 5, 2020.**

    SO ORDERED:

Dated:   New York, New York
         December 6, 2019

                                    _____
                                            DENISE COTE
                                    United States District Judge