UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :          19cv7113 (DLC)
SHALICIA ANDERSON,                    :
                     Plaintiff,       :              ORDER
          -v-                         :
                                      :
CITY OF NEW YORK, individually and in :
their official capacities, MALCOLM    :
LIU, LA-RONDA KNOX, ANWAR BASHIRU,    :
ALBERT OTERO and JOHN OR JANE DOE 1-  :
10,                                   :
                     Defendants.      :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

        IT IS HEREBY ORDERED that the in-person conference

scheduled for June 5, 2020 at 10:00 a.m. will be held

telephonically.  The parties shall use the following dial-in

instructions for the telephone conference:

        Dial-in: 888-363-4749

        Access code: 4324948

The attorneys who will serve as principal trial counsel must

participate in this telephone conference.

        IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.


Dated:    New York, New York
          March 19, 2020



          _____
                      DENISE COTE
                United States District Judge