```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :        19cv7113 (DLC)
SHALICIA ANDERSON,                      :
                      Plaintiff,        :
            -v-                         :              ORDER
                                        :
CITY OF NEW YORK, individually and in   :
their official capacities, MALCOLM      :
LIU, LA-RONDA KNOX, ANWAR BASHIRU,      :
ALBERT OTERO and JOHN OR JANE DOE 1-    :
10,                                     :
                      Defendants.       :
                                        :
--------------------------------------- X
```

DENISE COTE, District Judge:

An Order of June 30, 2020 required counsel for the City of New York to file a declaration concerning defendant Albert Otero's place of employment. On July 7, the City filed the required declaration. Having reviewed the July 7 filing, it is hereby

ORDERED that a telephone conference is scheduled for **July 15, 2020** at **10:00 a.m.** The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:       888-363-4749

    Access code:   4324948

Dated:   New York, New York
         July 9, 2020

                          _____
                                  DENISE COTE
                          United States District Judge