```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   19cv7113 (DLC)
SHALICIA ANDERSON,                       :
                    Plaintiff,           :
          -v-                            :   ORDER
                                         :
CITY OF NEW YORK, individually and in    :
their official capacities, MALCOLM       :
LIU, LA-RONDA KNOX, ANWAR BASHIRU,       :
ALBERT OTERO and JOHN OR JANE DOE 1-     :
10,                                      :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Defendant Albert Otero has not been properly served, and the time for service has run. See Fed. R. Civ. P. 4(m). As set forth on the record during the July 15, 2020 telephonic conference, it is hereby

    ORDERED that the claims against Otero are dismissed.

Dated:   New York, New York
         July 15, 2020

                                           _____
                                              DENISE COTE
                                United States District Judge