```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SHALICIA ANDERSON,                       :
                                         :
                      Plaintiff,         :        19cv7113 (DLC)
                                         :
           -v-                           :        ORDER OF
                                         :        DISCONTINUANCE
CITY OF NEW YORK, individually and in    :
their official capacities, MALCOLM       :
LIU, LA-RONDA KNOX, ANWAR BASHIRU,       :
ALBERT OTERO, and JOHN OR JANE DOE 1-    :
10,                                      :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **December 16, 2020**.  If no such application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:     New York, New York
           November 16, 2020

                                              _____
                                              DENISE COTE
                                              United States District Judge

2